**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                                                        Case No. 20-13363-PGH
                                                                                              Chapter 11

BULLSEYE COATING AND BLASTING CORP,
EIN: 81-0714458

        Debtor.
_____/

**DEBTOR'S STATEMENT OF CORPORATE OWNERSHIP**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Bullseye Coating and Blasting Corp.** in the above captioned action, certifies that no corporation directly or indirectly controls 10 per-cent or more of any class of the Debtor's equity interests.

Date: March 12, 2020

                                  /s/ *Peter Spindel*
                                  PETER SPINDEL
                                  Fla. Bar No. 816183
                                  Attorney for Debtor
                                  Peter Spindel, Esq., PA
                                  8306 Mills Dr. #458
                                  Miami, FL 33183-4838
                                  Tel:  (305) 279-2126
                                  Fax: (305) 418-0158
                                  peterspindel@gmail.com

\bullseye1.sta
3879.2001