# United States Bankruptcy Court
## Southern District of Florida

In re **BULLSEYE COATING AND BLASTING CORP.**
Debtor(s)

Case No. **20-13363-PGH**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Giselle Hernandez<br>2646 Sherman St.<br>Hollywood, FL 33020 | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 12, 2020**

Signature /s/ **GISELLE HERNANDEZ**
GISELLE HERNANDEZ

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.