Repeat, PlnDue, DebtEd

# U.S. Bankruptcy Court
## Southern District of Florida (Fort Lauderdale)
### Bankruptcy Petition #: 20-13438-SMG

*Assigned to:* Scott M Grossman
Chapter 13
Voluntary
Asset

*Date filed*: 03/13/2020
*Deadline for filing claims (govt.)*: 09/09/2020

*Debtor*
**Grisell Hernandez**
2646 Sherman Street
Hollywood, FL 33020
BROWARD-FL
SSN / ITIN: xxx-xx-6881

represented by **Alberto M. Cardet**
1330 Coral Way #301
Miami, FL 33145
(305) 403-7783
Fax : 305-403-7824
Email: alcardet@gmail.com

*Trustee*
**Robin R Weiner**
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355
954-382-2001

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
(305) 536-7285

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 03/13/2020 | 1 (7 pgs) | Chapter 13 Voluntary Petition . [Fee Amount $310] (Cardet, Alberto) (Entered: 03/13/2020) |
| 03/13/2020 | 2 | Statement of Debtor(s) Social Security Number(s) [*Document Image Available ONLY to Court Users*] Filed by Debtor Grisell Hernandez. (Cardet, Alberto) (Entered: 03/13/2020) |
| 03/13/2020 | 3 (1 pg) | Certification of Budget and Credit Counseling Course by Debtor Filed by Debtor Grisell Hernandez. (Cardet, Alberto) (Entered: 03/13/2020) |
| 03/13/2020 |  | Receipt of Voluntary Petition (Chapter 13)(20-13438) [misc,volp13a] ( 310.00) Filing Fee. Receipt number 36330308. Fee amount 310.00. (U.S. Treasury) (Entered: 03/13/2020) |

| 03/15/2020 | [4](#) (1 pg) | Request for Notice Filed by Creditor Synchrony Bank. (PRA Receivables Management (VSmith)) (Entered: 03/15/2020) |
|---|---|---|
| 03/16/2020 |  | **Clerk's Evidence of Repeat Filings for debtor HERNANDEZ, GRISELL Case Number 16-17566 , Chapter 13 filed in Florida Southern on 05/26/2016 was Closed on 02/08/2017 was Dismissed on 12/14/2016. (admin)** (Entered: 03/16/2020) |
| 03/16/2020 | [5](#) (2 pgs) | Notice of Incomplete Filings Due. Chapter 13 Plan due by 3/27/2020. Summary of Your Assets and Liabilities and Certain Statistical Information due 3/27/2020. Schedules A-J due 3/27/2020.Statement of Financial Affairs Due 3/27/2020.Declaration Concerning Debtors Schedules Due: 3/27/2020.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 3/27/2020. Payment Advices due for Debtor 3/27/2020. [Incomplete Filings due by 3/27/2020]. (Grooms, Desiree) (Entered: 03/16/2020) |
| 03/18/2020 | [6](#) (1 pg) | Notice of Appearance and Request for Service by James B Miller Filed by Creditor Antonio Balestena, Jr.. (Miller, James) (Entered: 03/18/2020) |
| 03/18/2020 | [7](#) (4 pgs) | BNC Certificate of Mailing (Re: 5 Notice of Incomplete Filings Due. Chapter 13 Plan due by 3/27/2020. Summary of Your Assets and Liabilities and Certain Statistical Information due 3/27/2020. Schedules A-J due 3/27/2020.Statement of Financial Affairs Due 3/27/2020.Declaration Concerning Debtors Schedules Due: 3/27/2020.Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 3/27/2020. Payment Advices due for Debtor 3/27/2020. [Incomplete Filings due by 3/27/2020].) Notice Date 03/18/2020. (Admin.) (Entered: 03/19/2020) |
| 03/19/2020 | [8](#) (104 pgs; 7 docs) | Motion to Dismiss Case For Other Reason *Lack of Section 109(e) Eligibility and Bad Faith* Filed by Creditor Antonio Balestena, Jr. (Attachments: # 1 Exhibit "A" Bankruptcy Docket of Bullseye #2 # 2 Exhibit "B" Bullseye #2 Form 204 (20 Largest Unsecured Creditors) # 3 Exhibit "C" -- State Court Injunction # 4 Exhibit "D" -- Final Judgment # 5 Exhibit "E" -- Final Judgment to Creditor's Father # 6 US Mail Service List) (Miller, James) (Entered: 03/19/2020) |
| 03/19/2020 | [9](#) (64 pgs; 7 docs) | Motion to Dismiss Case For Other Reason *Lack of Section 109(e) Eligibility and Bad Faith* Filed by Creditor Antonio Balestena, Jr. (Attachments: # 1 Exhibit "A" Bankruptcy Docket of Bullseye #2 # 2 Exhibit "B"- Bullseye #2 Form 204 -(20 Largest Unsecured Creditors) # 3 Exhibit "C"-- State Court Injunction # 4 Exhibit "D" -- Final Judgment # 5 Exhibit "E" -- Final Judgment to Creditor's Father # 6 US service mail) (Miller, James) (Entered: 03/19/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/19/2020 17:28:00 | | | |
| **PACER Login:** | lawjbm416:2573825:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 20-13438-SMG Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |