Filing # 40360423 E-Filed 04/18/2016 09:01:35 AM

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

ANTONIO BALESTENA, JR.

     Plaintiff,

vs.

MICHAEL SAAVEDRA,
MARIO JOSE SAAVEDRA,
GRISELL HERNANDEZ AND
FLORIDA POWDER COATING SOLUTIONS,
CORPORATION D/B/A BULLS EYE
POWDER COATING,
A FLORIDA CORPORATION,

     Defendants.

General Jurisdiction Division
Case No. CACE15-20163

## AGREED ORDER

THIS CAUSE came before the Court on Plaintiff, Antonio Balestena, Jr.'s ("Plaintiff")

Verified Emergency Motion for Temporary Injunction ("Motion"). The Court having heard

argument on April 12, 2016 and the parties have reached an agreement on the Motion, and

otherwise being duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     Plaintiff's Motion is granted as follows:

2.     Defendants, Florida Powder Coating Solutions, Corp. (the "Corporation"), Grisell

Hernandez, Mario Jose Saavedra, Michael Saavedra and/or by or through their spouses, heirs,

agents, attorneys, companies and employees are hereby enjoined from using, selling, disposing

of, encumbering, conveying or transferring any of the assets, bank accounts, equipment or

liabilities of the Corporation until further order of this Court.

3.     Defendants, Florida Powder Coating Solutions, Corp., Grisell Hernandez, Mario

Jose Saavedra, Michael Saavedra and/or by or through their spouses, heirs, agents, attorneys, companies and employees are hereby enjoined from destroying, deleting, mutilating, concealing, altering or disposing of any of the assets and equipment of the Corporation until further order of this Court.

      4.      Defendants waive the requirement for Plaintiff to post a bond.

      5.      This Order does not apply to any equipment of the Corporation that has been repossessed. Either party may raise the issue at Trial as to whether the equipment has been removed or repossessed.

      DONE and ORDERED in Broward County, Florida, on _____, 2016.


                                        _____
                                        CAROL-LISA PHILLIPS
                                        Circuit Court Judge

Copies furnished to:

Russell Thompson, Esq. (via e-mail: rthompson@rmtlawfirm.com)
Counsel for Defendants

Sahr Dumbar, Esq. (via e-mail Sahr@Dumbarlaw.com)
Counsel for Plaintiff



CACE15020163 04-18-2016 9:01 AM

      2
Electronically Signed by 25 Phillips, Carol-Lisa (25) CACE15020163 04-18-2016 9:01 AM