**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 1/31/2017 2:24:15 PM.****

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CIVIL DIVSION

ANTONIO BALESTENA, SR.,                    CASE NO.: 15-20347 (21)

    Plaintiff-Judgment Creditor,

vs.

FLORIDA POWDER COATING SOLUTIONS,
CORP. d/b/a BULLS EYE POWDER COATING

    Defendant-Judgment Debtor.

ANTONIO BALESTENA, SR.,                    Proceedings Supplementary
                                           Fla. Stat. § 56.29

    Plaintiff-Judgment Creditor,

vs.

GRISELL HERNANDEZ, individually,
BULLSEYE COATING AND BLASTING, CORP.,

    Third-Party Impleader Defendants.
_____/

## FINAL JUDGMENT

THIS CAUSE came before the Court on Plaintiff, Antonio Balestena, Sr.'s ("Plaintiff") Motion for Final Summary Judgment against Third-Party Impleaded Defendants, Grisell Hernandez and Bullseye Coating and Blasting, Corp. (the "Motion") as to Counts I, II and III of the Complaint (Supplementary). The Court having reviewed the motion, hearing testimony on June 10, 2016, June 13, 2016, hearing argument on January 11, 2017 and reviewing the Satisfaction of the Final Judgment filed by the Clerk of Court on January 18, 2017, and otherwise being duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    Third-Party Impleaded Defendants, Grisell Hernandez and Bullseye Coating and Blasting, Corp. were duly served and noticed for this hearing.

*Antonio Balestena, Sr. v. Grisell Hernandez, et. al*, 17th Judicial Circuit, Broward County, Florida, CASE NO.: 15-20347 (21)

2. On January 18, 2017, the Clerk of Court filed a Satisfaction of the Final Judgment entered by this Court on May 2, 2016 against Florida Powder Coating Solutions, Corp. in the amount of $100,374.80 plus interest in the amount of $3,421.46, which the Clerk of Court acknowledges was paid by Impleaded Third-Party Defendant, Grisell Hernandez on January 18, 2017. Accordingly, the Court hereby ratifies the Satisfaction of the Final Judgment dated May 2, 2016. As a result of the Satisfaction of the Final Judgment dated May 2, 2016, the Court grants Plaintiff's Motion as follows:

3. The Court has considered the pleadings and testimony presented during the hearings on June 10, 2016, June 13, 2016 and the factors set forth in Fla. Stat. § 726.105(2) in determining whether Florida Powder Coating Solutions, Corp. ("Bullseye No. 1") had the actual intent to hinder, delay or defraud Plaintiff by transferring its assets to Grisell Hernandez and Bullseye Coating and Blasting, Corp. ("Bullseye No. 2") and the Court finds as follows:

   a. The transfer or obligation from Bullseye No. 1 was to Grisell Hernandez because she is an insider since she was a shareholder at the time of the transfer or obligation;
   b. Bullseye No. 1, Grisell Hernandez and Bullseye No. 2 retained possession of the property transferred;
   c. Bullseye No. 1 concealed the transfer or obligation from Plaintiff;
   d. Before the transfer or obligation was made Bullseye No. 1 had been sued by Plaintiff;
   e. The transfer was for substantially all of Bullseye No. 1's assets;
   f. Bullseye No. 1 was insolvent or became insolvent shortly after the transfer or obligation was incurred;
   g. The value of the consideration received by the Bullseye No. 1 was reasonably equivalent to the value of the asset transferred or the amount of the obligation incurred;
   h. Grisell Hernandez did not fund the loan for $38,000.00 at the time that the obligation was incurred by Bullseye No. 1.

2

*Antonio Balestena, Sr. v. Grisell Hernandez, et. al*, 17th Judicial Circuit, Broward County, Florida, CASE NO.: 15-20347 (21)

4.  Therefore, as to Counts I and II of the Complaint Supplementary, the Court finds that competent evidence has been presented to show that Florida Powder Coating Solutions, Corp. fraudulently transferred its assets to Grisell Hernandez [SSN: ▮▮▮▮▮▮] and Bullseye Coating and Blasting, Corp. [FEI/EIN Number: ▮▮▮▮▮▮] for the purposes of hindering, delaying or defrauding Plaintiff and are therefore, joint and severally liable for the Order granting attorneys' fees and costs entered on May 16, 2016 against Florida Powder Coating Solutions, Corp. in the amount of $5,450.38 plus statutory interest in the amount of four and seventy-eighths percent (4.78) per year from the date of the Order granting attorneys' fees and costs dated May 16, 2016 until paid, for which let execution and garnishment issue forthwith. *See Amjad Munim, M.D., P.A. v. Azar*, 648 So.2d 145 (Fla. 4th DCA 1994).

5.  The Court also finds that all transfers or obligations from Florida Powder Coating Solutions, Corp. to Grisell Hernandez and/or Bullseye Coating and Blasting, Corp., including, but not limited to the Financing Statement filed by Grisell Hernandez with the Florida Secured Transactions Registry on January 12, 2016 are hereby voided.

6.  The Court also finds that based on the testimony and evidence presented during the June 10, 2016 and June 13, 2016 evidentiary hearing, Bullseye Coating and Blasting, Corp. is currently using Florida Powder Coating Solution, Corp.'s equipment and has a similar name, same business services, same phone number, same fax number, same website, similar employees and maintains the same address, same phone number and had the same lawyer as Florida Powder Coating Solutions, Corp. in this lawsuit.

7.  Therefore, as to Count III of the Complaint Supplementary, the Court finds that Bullseye Coating and Blasting, Corp. is the Mere Continuation of Florida Powder Coating Solutions, Corp. *See Amjad Munim, M.D., P.A. v. Azar*, 648 So.2d 145 (Fla. 4th DCA 1994).

3

*Antonio Balestena, Sr. v. Grisell Hernandez, et. al*, 17th Judicial Circuit, Broward County, Florida, CASE NO.: 15-20347 (21)

8. As the "mere continuation" of Florida Powder Coating Solutions, Corp., Bullseye Coating and Blasting, Corp. [FEI/EIN Number: ▇▇▇▇▇▇] is joint and severally liable for the debts and obligations of Florida Powder Coating Solutions, Corp., including, the Order granting attorneys' fees and costs entered on May 16, 2016 against Florida Powder Coating Solutions, Corp. in the amount of $5,450.38 plus statutory interest in the amount of four and seventy-eighths percent (4.78) per year from the date of the Order granting attorneys' fees and costs dated May 16, 2016 until paid, for which let execution and garnishment issue forthwith. *See Amjad Munim, M.D., P.A. v. Azar*, 648 So.2d 145 (Fla. 4th DCA 1994).

9. The Court reserves jurisdiction to award Plaintiff his reasonable attorneys' fees and costs relating to these Proceedings Supplementary in accordance with Fla. Stat. § 56.29(8) and enter any further orders that may be necessary.

10. The last known address of the Judgment Creditor Plaintiff, Antonio Balestena, Sr., is 15736 SW 102 Lane, Miami, Florida 33196. The last known address of Judgment Debtor, Grisell Hernandez is 5997 SW 37th Avenue, Fort Lauderdale, FL 33312. The last known address of the Judgment Debtor, Bullseye Coating and Blasting, Corp is 2301 SW 57th Terrace, West Park, Florida 33023.

DONE and ORDERED in Broward County, Florida, on ___Jan 27___, 2017.

BARBARA MCCARTHY
Circuit Court Judge

*/s/ Barbara McCarthy*

Cc: Sahr O. Dumbar, Esq. (counsel for Plaintiff), Russell Thompson, Esq. (counsel for Grisell Hernandez and Bullseye Coating and Blasting, Corp.)

STATE OF FLORIDA
BROWARD COUNTY
I DO HEREBY CERTIFY the within and foregoing is a true and correct copy of the original as it appears on record and file in the office of the Circuit Court Clerk of Broward County, Florida.
WITNESS my hand and Official Seal at Fort Lauderdale, Florida, this the ___ day of SEP 21 2018 ___, 20___
Clerk of the Court
Deputy Clerk