| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 20-13363-PGH<br>Southern District of Florida<br>Fort Lauderdale<br>Thu Mar 19 15:31:56 EDT 2020 | Bullseye Coating And Blasting Corp<br>2301 SW 57 Ter<br>West Park, FL 33023-4026 | Antonio Balestena, Jr.<br>c/o Sahr O. Dumbar, Esq.<br>1200 Brickell Ave. #1950<br>Miami, FL 33131-3298 |
| Herc Rental<br>470 SW 9 Ter.<br>Pompano Beach, FL 33069-3527 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Peter D Spindel<br>8306 Mills Dr. #458<br>Miami, FL 33183-4838 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Antonio Balestena, Jr.

End of Label Matrix
Mailable recipients    5
Bypassed recipients    1
Total                  6