UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Bullseye Coating And Blasting Corp. | : | CASE NO. 20-13363-PGH |
| Debtor        / | | |

### UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE

Nancy J. Gargula, United States Trustee for Region 21, pursuant to 11 U.S.C. § 1112(b), respectfully moves this Court to enter an order dismissing this chapter 11 case and in support respectfully states as follows:

1. Bullseye Coating And Blasting Corp. (the "Debtor"), filed a voluntary, bare bones petition under chapter 11 of the Bankruptcy Code on March 12, 2020.

2. As of the filing of this motion the Debtor has not filed bankruptcy schedules, or the Case Management Summary as required by the Local Rule 2081-1(B).

3. On March 13, 2020, the Office of the United States Trustee sent the Debtor, through Debtor's counsel, email correspondence scheduling an Initial Debtor Interview ("IDI") for March 31, 2020 at 10:30 a.m., and requesting certain information in accordance with the United States Trustee Operating Guidelines and Reporting Requirements (the "Guidelines"), including proof of any type of insurance that may be required of this Debtor. <u>The email stated that the IDI would not be rescheduled without receipt of all required proofs of insurance</u>.

4. On the morning of March 31, 2020, the Debtor failed to attend the IDI and failed to provide any guideline documents, including all required proof of insurance. The Office of the

United States attempted to contact Debtor's counsel but has been unsuccessful as of the time of filing of this motion. The United States Trustee responded by filing the instant motion.

5. The Debtor has not provided any proof of insurance including for property the Debtor may own, premises it may occupy, or worker's compensation insurance for employees it may employ, just to mention a few, or provided the United States Trustee with any of the Guideline documents requested. Without knowing the nature of the business or operations of this Debtor, the United States Trustee cannot determine what Guideline documents are necessary.

6. Pursuant to 11 U.S.C. § 1112(b)(4)(C), failure to maintain appropriate insurance that poses a risk to the estate or to the public is sufficient grounds to convert or dismiss the case.

7. Pursuant to 11 U.S.C. § 1112(b)(4)(H), failure to timely provide information or attend meetings reasonably requested by the United States Trustee is sufficient grounds to convert or dismiss this case.

8. The foregoing factors are indicative of the Debtor's inability to manage its affairs and effectively maneuver through the reorganization process. There appears an absence of a reasonable likelihood of rehabilitation and an unlikely ability to effectuate a plan, and therefore, it is in the best interest of creditors and the estate that this case be dismissed pursuant to 11 U.S.C. § 1112(b).

WHEREFORE, the United States Trustee respectfully the entry of an order dismissing this case, and for any other and further relief that this Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with all additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

Dated: March 31, 2020.                    NANCY J. GARGULA
                                          United States Trustee

                                          By: /s/ *Adisley M. Cortez-Rodriguez*
                                          Adisley M. Cortez-Rodriguez Esq.

Florida Bar No. 0091727  
Office of the United States Trustee  
51 S.W. First Avenue Suite 1204  
Miami, FL 33130  
Tel:   (305) 536.6665  
Adisley.M.Cortez-Rodriguez@usdoj.gov  

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on March 31, 2020, a true and correct copy of foregoing was electronically filed with the Court using the CM/ECF system, which sent notification and was electronically served on all parties in interest participating in the CM/ECF system:

- Peter D Spindel     peterspindel@gmail.com, peterspindelcmecf@gmail.com
- James B. Miller     bkcmiami@gmail.com

And by U.S. Mail on parties requiring manual service:

(No manual recipients)

/s/  <i>Adisley M. Cortez-Rodriguez</i>  
Adisley M. Cortez-Rodriguez

3